IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DORIS DENISE NORRIS, individually and as next friend of M.N., an injured minor, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. H-16-2424 |
| KAWASAKI MOTORS CORP., USA, *et al.*, | § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On October 10, 2018, following trial, the jury returned a unanimous verdict in favor of Kawasaki Motors Corp., U.S.A., Kawasaki Heavy Industries, Ltd., and Kawasaki Motors Manufacturing Corp., U.S.A., which the court accepted.  (Docket Entry No. 163).  This case is dismissed, with prejudice.  Each side is to bear its own costs.  This is a final judgment.

SIGNED on October 12, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge